UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRY BINGAMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV1300 RWS |
| GERALD L. THORNTON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the motion to continue [#21] is granted only as follows: this case is removed from June 13, 2011 trial docket.

**IT IS FURTHER ORDERED** that the parties shall file a joint proposed amended case management order setting out deadlines for expert discovery, the completion of all discovery, and a new trial date in October of 2011. As the parties have previously indicated that no dispositive motions will be filed in this case, no dispositive motion deadline is necessary. The Court will then review the proposed plan and either adopt it or send out a modified amended case management order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2011.